UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC RAYMONE BROOKS,

      Petitioner,

                                           CASE NO. 11-12323
v.                                       HONORABLE VICTORIA A. ROBERTS

THOMAS BIRKETT,

      Respondent.
_____/

## JUDGMENT

This matter came before the Court on a habeas corpus petition under 28 U.S.C. § 2254. For the reasons set forth in an opinion and order issued on January 9, 2014,

(1) Judgment is entered in favor of respondent Thomas Birkett and against petitioner Eric Raymone Brooks;

(2) A certificate of appealability is **DENIED**; and

(3) Petitioner may proceed *in forma pauperis* on appeal.

**IT IS ORDERED.**

Dated at Detroit, Michigan, this 9th day of January, 2014.

                                                     DAVID J. WEAVER
                                                     COURT ADMINISTRATOR

                                           By: s/Holly A. Monda for Carol A. Pinegar
                                                     DEPUTY CLERK

APPROVED:

S/Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE